Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**FILED**

MAY 31 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
for the
Northern District of California

San Francsico Division

Case No. **CV 22 3174 DMR**

*(to be filled in by the Clerk's Office)*

Cory A. Horton, Sr )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )   Jury Trial: *(check one)*  ☒ Yes  ☐ No
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
Brian Cauley, David Chiu, Dena Narbaitz, Maria )
Mabutas, Halie Albert, Rachel Gardunio, Michael )
Carlin, Rick Nelson, Ronald Flynn, Greg Norby, )
Cameron Pearson, Carol Isen, Dennis Herrera, )
Barbara Hale, Steve Ritchie, Alan Johanson, Steven )
Tang, Jennefer Burke )
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cory A. Horton, Sr |
| Address | 1500 Karen Dr |
| | Benicia, CA 94510 *(City, State, Zip Code)* |
| County | Solano |
| Telephone Number | 4156109094 |
| E-Mail Address | hortoncory@ymail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Brian Cauley |
| Job or Title *(if known)* | Assistant Chief of Claims |
| Address | 1390 Market St, 7th floor |
| | San Francisco, Ca 94102 *(City, State, Zip Code)* |
| County | San Francisco |
| Telephone Number | 4155543884 |
| E-Mail Address *(if known)* | brian.cauley@sfcity.org |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | David Chiu |
| Job or Title *(if known)* | City Attorney |
| Address | City Hall, Room 234 1 Dr. Carlton B. Goodlett Pl. |
| | San Francisco, CA 94102 *(City, State, Zip Code)* |
| County | San Francisco |
| Telephone Number | 4155543989 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| | |
|---|---|
| E-Mail Address *(if known)* | cityattorney@sfcityatty.org |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Dena Narbaitz |
| Job or Title *(if known)* | EEO Programs Senior Specialist |
| Address | 525 Golden Gate AVe |
| | San Francisco / Ca / 94102 |
| | *City / State / Zip Code* |
| County | Solano |
| Telephone Number | 415-816-7012 |
| E-Mail Address *(if known)* | dnarbaitz@sfwater.org |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Steven Tang |
| Job or Title *(if known)* | EEO Programs Manager, |
| Address | 525 Golden Gate Ave |
| | San Francisco / Ca / 94102 |
| | *City / State / Zip Code* |
| County | Solano |
| Telephone Number | 628-207-2637 |
| E-Mail Address *(if known)* | smtang@sfwater.org |

☒ Individual capacity    ☒ Official capacity

**II.   Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Denial of due process, denial of equal protection, denial of equal opportunity and the ability to be heard before an impartial court of law as every person is entiled by the United States Constitution.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Rick Nelson |
| Job or Title *(if known)* | Facility Director |
| Street Address | 525 Golden Gate Ave 13th Floor |
| City and County | San Francisco Ca |
| State and Zip Code | 94102 |
| Telephone Number | (415) 554-1616 |
| E-mail Address *(if known)* | rnelson@sfwater.org |

Defendant No. 2

| | |
|---|---|
| Name | Robert Flynn |
| Job or Title *(if known)* | Chief of Staff |
| Street Address | 525 Golden Gate Ave 13th Floor |
| City and County | San Francisco, Ca |
| State and Zip Code | 94102 |
| Telephone Number | 415-551-3000 |
| E-mail Address *(if known)* | rflynn@sfwater.org |

Defendant No. 3

| | |
|---|---|
| Name | Greg Norby |
| Job or Title *(if known)* | Assistant GM |
| Street Address | 525 Golden Gate Ave 13th floorSan Francisco, CA 94103 |
| City and County | San Francisco |
| State and Zip Code | California 94102 |
| Telephone Number | (415) 551-3000 |
| E-mail Address *(if known)* | gnroby@sfgov.org |

Defendant No. 4

| | |
|---|---|
| Name | Cameron Pearson |
| Job or Title *(if known)* | EEOC Specialist |
| Street Address | 525 Golden Gate Ave |
| City and County | San Francisco |
| State and Zip Code | California 94102 |
| Telephone Number | (415) 551-3000 |
| E-mail Address *(if known)* | cpearson@sfwater.org |

Defendant No. 1

| | |
|---|---|
| Name | Maria Mabutas |
| Job or Title *(if known)* | Facility Director |
| Street Address | 525 Golden Gate Ave 13th Floor |
| City and County | San Francisco Ca |
| State and Zip Code | 94102 |
| Telephone Number | (415) 554-1583 |
| E-mail Address *(if known)* | mmabutas@sfwater.org |

Defendant No. 2

| | |
|---|---|
| Name | Hallie Albert |
| Job or Title *(if known)* | EEOC Program Manager |
| Street Address | 525 Golden Gate Ave 13th Floor |
| City and County | San Francisco, Ca |
| State and Zip Code | 94102 |
| Telephone Number | 415-554-1661 |
| E-mail Address *(if known)* | halbert@sfwater.org |

Defendant No. 3

| | |
|---|---|
| Name | Rachel Gardunio |
| Job or Title *(if known)* | Acting Chief People Officer, |
| Street Address | One South Van Ness Ave., 4th Floor |
| City and County | San Francisonc C |
| State and Zip Code | California 94102 |
| Telephone Number | (415) 557-4851 |
| E-mail Address *(if known)* | rgardunio@sfgov.org |

Defendant No. 4

| | |
|---|---|
| Name | Michael Carlin |
| Job or Title *(if known)* | General Manager - COO |
| Street Address | 525 Golden Gate Ave |
| City and County | San Francisco |
| State and Zip Code | California 94102 |
| Telephone Number | (415) 551-3000 |
| E-mail Address *(if known)* | mcarlin@sfwater.org |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Dennis Herrera |
| Job or Title *(if known)* | General Manager |
| Street Address | 525 Golden Gate Ave 13th Floor |
| City and County | San Francisco Ca |
| State and Zip Code | 94102 |
| Telephone Number | (415) 551-3000 |
| E-mail Address *(if known)* | dherrera@sfwater.org |

Defendant No. 2

| | |
|---|---|
| Name | Barbara Hale |
| Job or Title *(if known)* | Assistant GM |
| Street Address | 525 Golden Gate Ave 13th Floor |
| City and County | San Francisco, Ca |
| State and Zip Code | 94102 |
| Telephone Number | 415-551-3000 |
| E-mail Address *(if known)* | bhale@sfwater.org |

Defendant No. 3

| | |
|---|---|
| Name | Steve Ritchie |
| Job or Title *(if known)* | Assistant GM |
| Street Address | 525 Golden Gate Ave 13th floorSan Francisco, CA 94103 |
| City and County | San Francisco |
| State and Zip Code | California 94102 |
| Telephone Number | (415) 551-3000 |
| E-mail Address *(if known)* | sritchie@sfgov.org |

Defendant No. 4

| | |
|---|---|
| Name | Alan Johanson |
| Job or Title *(if known)* | Assistant GM |
| Street Address | 525 Golden Gate Ave |
| City and County | San Francisco |
| State and Zip Code | California 94102 |
| Telephone Number | (415) 551-3000 |
| E-mail Address *(if known)* | ajohanson@sfwater.org |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Wendy Macy |
| Job or Title *(if known)* | Peoples Manager |
| Street Address | 525 Golden Gate Ave 13th Floor |
| City and County | San Francisco Ca |
| State and Zip Code | 94102 |
| Telephone Number | (415) 551-3000 |
| E-mail Address *(if known)* | wmacy@sfwater.org |

Defendant No. 2

| | |
|---|---|
| Name | Carol Isen |
| Job or Title *(if known)* | Human Resources Director |
| Street Address | |
| City and County | San Francisco, Ca |
| State and Zip Code | 94102 |
| Telephone Number | 415-551-3000 |
| E-mail Address *(if known)* | Cisen@sfgov.org |

Defendant No. 3

| | |
|---|---|
| Name | Cameron Pearson |
| Job or Title *(if known)* | EEOC Specialist |
| Street Address | 525 Golden Gate Ave 13th floorSan Francisco, CA 94103 |
| City and County | San Francisco |
| State and Zip Code | California 94102 |
| Telephone Number | (415) 551-3000 |
| E-mail Address *(if known)* | cpearson@sfgov.org |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

n/a

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SFPUC and its employees conspired together to defraud the United States and me its citizen of basic constitutioal right via abuse of its authority while acting as public officials. They blatantly impeded state of California labor codes CGC 31721 to deny me dure process and to create economic hardships, injuries on me its impaired worker. They failed to provide me equal protections due entitled to protected class and persons with disabilities. They used public influence, acts of bullying, intimidation and harrasment to create further harm on me. SFPUC amd SF City employees used their authority to collude with local entities, state and federal officials to create injuries on me despite my protected class with impunity. Their actions have contributed to denial of due process, denial of equal protection, denial of equal opportunity and the ability to be heard before an impartial court of law as every person is entiled by the United States Constitution.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

525 Golden Gate Ave San Francisco Ca 94102

B. What date and approximate time did the events giving rise to your claim(s) occur?

November 30, 2021

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

SFPUC and City of San Franciso along with its bad actors employes used its public authority to deny me due process, equal protection established by California CGC 31721. SFPUC and its employess used intimidation, threats, fraud and bullying to create injuries upon me that caused irrepairable damages, emotional distress, physical injuries and severe economic hardships. SFPUC and its employees also have commited fraud agasint the United State of America by using its public authority to blatanty disregarding protections set forwoard in the United States Constitution to serve its own interest of creating injuries upon me while under color of law. Please see the attached Exhibits and summary complaint for further details.

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

These events contributed to severe agitation of my existing mental disability, present & future financial security, work injury, physical body & wellbeing. My disability has been furhered by the harash and cruel actions of SFPUC. Furthermore, these events have contributed to significant loss of income, loss of dream job career and ability to return the profession indefinitely. Also, the development of severe new PTSD diagnosis, increased anxiety, marital problems, domestic problems, mental anguish, depression, financial ruin and reinjuries of my physical body. Furthermore, I also ascertained a permanent disability from mental trauma. Loss of retirement, medical, dental, loss of future opportunities, and investment accounts. Im currently in an intense out patient program for my injuries and trauma. My medical treatment for physical injuries have not been addressed to lack of financial resources.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory Damages – $18,750,000
- Mental anguish - $1,000,000 (50K + 20yrs) [27K outpatient 5K Therapist 10K Psychiatrist 5K Treatment 3K Medication]
- Future medical expenses - $1,000,000 (50K + 20yrs) [27K outpatient 5K Therapist 10K Psychiatrist 5K Treatment 3K Medication]
- Future lost wages - $5,750,000 ($150,000 X 25 years + Retirement Pension + Investments)
- Long-term physical pain and suffering - $2,500.000 (100K + 25yrs)
- Loss of consortium -$2,000,000 (100K + 20yrs)
- Inconvenience - $500,000.
- Loss of enjoyment of life - $2,000,000 (100K + 20 years)
- Loss of opportunity - $4,000,000 (Real-estate investment + small business + removal from industry)

Financial Costs, Bills and Special Damages
Cost of Medical Equipment & treatment, Cost of Medication, Damaged or Lost Property, Expenses Paid Out of Pocket, Hospital Stay, Lost Wages, Medical Bills, Rehabilitation.

Pain and Suffering – General Damages
Emotional Turmoil, Disruption of Daily Lifestyle, Loss of Enjoyment, Loss of Consortium, Physical Pain, Recklessness or Gross Negligence (for injuries resulting from another party)and of course, Stress.

Back Pay - $192,000
Economic Damages -- $6,247,000 total dollar losses over the course of 45 years ($138,822 X 45yrs = $6,247,000)
TOTAL - $25,369,000.00

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       5/17/2022

Signature of Plaintiff       *Cory A. Horton, Sr.* (signature)
Printed Name of Plaintiff       Cory A. Horton, Sr

### B. For Attorneys

Date of signing: