Cory N Horton, Sr
1500 Karen Dr
Benicia, CA 94510



MAIL N MORE BENICIA
707 746-7813
836 Southampton Rd, Ste B
Benicia CA 94510-1960

Return Receipt Requested

US DISTRICT COURT
450 GOLDEN GATE AVE, FL 16
SAN FRANCISCO CA 94102-3426

USPS CERTIFIED MAIL
9402 7092 0212 1605 6423 36



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: U.S. District Court
450 Golden Gate Ave
16th Floor Room 16-1111
San Francisco, CA 94102

9590 9402 7142 1251 2384 35

2. Article Number (Transfer from service label)
7021 2720 0000 5415 9726

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

U.S. District Court
450 Golden Gate Ave
16th Floor - Room 16-1111
San Francisco, CA 94102

**RECEIVED**
MAY 31 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

