DAVID CHIU, State Bar #189542
City Attorney
JONATHAN C. ROLNICK, State Bar #151814
Chief Labor Attorney
ADAM SHAPIRO, State Bar 267429
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3830
E-Mail:         adam.shapiro@sfcityatty.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CORY A. HORTON, SR., | Case No. 3:22-cv-03174-WHO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE OCTOBER 12, 2022 HEARING ON DEFENDANTS' MOTIONS TO DISMISS, MOTION TO STRIKE, AND MOTION FOR A MORE DEFINITE STATEMENT** |
| vs. | |
| BRIAN CAULEY, DAVID CHIU, DENA NARBAITZ, MARIA, MABUTAS, HALIE ALBERT, RACHEL GARDUNIO, MICHAEL CARLIN, RICK NELSON, RONALD FLYNN, GREG NORBY, CAMERON PEARSON, CAROL ISEN, DENNIS HERRERA, BARBARA HALE, STEVE RITCHIE, ALAN JOHANSON, STEVEN TANG, JENNEFER BURKE, | Date Action Filed:   May 31, 2022<br>Trial Date:             Not Set |
| Defendant. | |

PLAINTIFF CORY A. HORTON, SR. ("PLAINTIFF") AND DEFENDANTS HEREBY AGREE AND STIPULATE AS FOLLOWS:

RECITALS

1. WHEREAS, on September 1, 2020, Defendants filed a motion (1) to dismiss for insufficient service of process pursuant to Rule 12(b)(5), (2) to strike Plaintiff's First Amended Complaint pursuant to Rule 12(f), (3) to dismiss Plaintiff's Complaint for failure to state a claim pursuant to Rule 12(b)(6), and (4) for a more definite statement pursuant to Rule 12(e) (the "Motion"), ECF No. 20;

2. WHEREAS, the hearing on the Motion is set for October 12, 2022 at 2:00 p.m., *id.*;

3. WHEREAS, counsel for Defendants is also trial counsel for the City and County of San Francisco in an unrelated matter pending in San Francisco Superior Court (the "State Court Case"), Shapiro Decl. ¶ 2;

4. WHEREAS, after the Motion was filed, a pre-trial conference in the State Court Case was set for October 12, 2022 at 2:00 pm, the same date and time as the hearing on the Motion, Shapiro Decl. ¶ 3;

5. WHEREAS, on September 13, 2022, the Court granted Defendants' August 26, 2022 administrative motion to continue the deadline for a responsive pleading from September 1 to September 14, ECF Nos. 17, 22, but Defendants did not take advantage of this extension as they had already filed their responsive pleading on September 1, 2022, ECF No. 20;

6. WHEREAS, no trial date or pre-trial deadlines have yet been set in this matter, Shapiro Decl. ¶ 4;

7. WHEREAS, a case management conference in this matter is currently set for September 27, 2022, ECF NO. 15,

STIPULATION

1. Therefore, the Parties agree there is good cause to continue the hearing on the Motion to October 19, 2022 at 2:00 pm, and respectfully request the Court continue said hearing to October 19, 2022 at 2:00 pm.

**IT IS SO STIPULATED.**

Dated: September 19, 2022

                         CORY A. HORTON, SR.

                         */s/ Cory A. Horton, Sr.*
                         CORY A. HORTON, SR
                         Plaintiff *In Pro Per*

Dated:  September 19, 2022

                         DAVID CHIU
                         City Attorney
                         JONATHAN C. ROLNICK
                         Chief Labor Attorney
                         ADAM SHAPIRO
                         Deputy City Attorney

                         By: */s/ Adam Shapiro*
                               ADAM SHAPIRO

                         Attorneys for the City and County of San Francisco

## **ATTESTATION OF E-FILED SIGNATURE**

I, Adam Shapiro, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order to Continue the October 12, 2022 Hearing .  In compliance with Local Rule 5-1(i)(3), I attest that Cory A. Horton, Sr. has read and approved this pleading and consented to its filing in this action.

Dated:  September 19, 2022

                                              DAVID CHIU
                                              City Attorney
                                              JONATHAN C. ROLNICK
                                              Chief Labor Attorney
                                              ADAM SHAPIRO
                                              Deputy City Attorney

                                        By: */s/ Adam Shapiro*
                                              ADAM SHAPIRO

                                              Attorneys for Defendants

# ORDER

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, the October 12, 2022 hearing on Defendants' Motion to Dismiss, Motion to Strike, and Motion for a More Definite Statement is continued to ~~October 19, 2022~~ October 26, 2022 at 2:00 pm.

**IT IS SO ORDERED.**

Dated: September 23, 2022



HONORABLE WILLIAM H. ORRICK
United States District Judge