1 | Your name: Cory A. Horton, Sr
2 | Address: Benicia, CA
3 | _____
4 | Phone Number: 415-610-9054
5 | E-mail Address: hortoncory@ymail.com
6 | Pro se Plaintiff
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka
11 |
12 | Cory A. Horton, Sr ) Case Number: _____
13 | Plaintiff, ) **NOTICE OF VOLUNTARY DISMISSAL OF**
14 | vs. ) [check one]
15 | BRIAN CAULEY, DAVID ) ☐ THIS ENTIRE CASE
16 | CHIU, HALLIE ALBERT, MICHAEL ) ☒ ONLY DEFENDANT
    ) BRIAN CAULEY, DAVID
17 | CARLIN, ) CHIU, HALLIE ALBERT, MICHAEL
    ) CARLIN, RONALD FLYNN, GREG
18 | RONALD FLYNN, GREG NORBY, ) NORBY, CARMEN PEARSON, CAROL
    ) ISEN, BARBARA HALE, STEVE
19 | CARMEN PEARSON, CAROL ISEN, ) RITCHIE, ALAN JOHANSON, STEVEN
    ) TANG, JENNIFER BURKE, AND WENDY
20 | BARBARA HALE, STEVE RITCHIE, ALAN ) MACY'S
21 | JOHANSON, STEVEN TANG, JENNIFER
22 | BURKE, AND WENDY MACY'S
    ) Hon. William Orrick
23 | _____
24 | _____
25 | _____
26 | Defendant.
27 |
28 |

NOTICE OF VOLUNTARY DISMISSAL
Case No. _____ [JDC TEMPLATE]

1  TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this
2  matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

3  ☐ this entire case.
4  ☑ only Defendant BRIAN CAULEY, DAVID CHIU, HALLIE ALBERT, MICHAEL CARLIN,
5  RONALD FLYNN, GREG NORBY, CARMEN PEARSON, CAROL ISEN,
6  BARBARA HALE, STEVE RITCHIE, ALAN JOHANSON, STEVEN TANG, JENNIFER
7  BURKE, AND WENDY MACY'S

9  Such dismissal shall be without prejudice, with each side to bear its own costs and fees.
10  Date: 1/23/2023        Sign Name: *[signature: Cory A Horton Sr]*
11                         Print Name: Cory A. Horton, Sr

NOTICE OF VOLUNTARY DISMISSAL
Case No. _____ *[JDC TEMPLATE]*